# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09MC152-RJC-DSC

| | |
|---|---|
| IN RE APPLICATION OF BLUE OIL TRADING LTD, )<br>)<br>) <br>In re Application for Order Pursuant to )<br>28 U.S.C. § 1782 )<br>)<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner Blue Oil Trading Ltd.'s "Motion to Shorten Briefing Schedule on Blue Oil Trading Ltd.'s Renewed Application for an Order Pursuant to 28 U.S.C. § 1782 (document #12) filed on October 6, 2009. For good cause shown, the Motion is **GRANTED**.

**NOW THEREFORE, IT IS ORDERED**:

1. Any party wishing to file a response to the Renewed Application shall do so <u>on or before October 13, 2009</u>.

2. The Clerk is directed to send copies of this Order to counsel for the Petitioner; and to counsel for Speedway Motorsports, Inc.; and to counsel for proposed deponent, PricewaterhouseCoopers, LLP; <u>and to the Honorable Robert J. Conrad, Jr</u>.

**SO ORDERED**.    Signed: October 6, 2009

_____
David S. Cayer
United States Magistrate Judge